UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:13-CR-00017 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| CHARLES E. BROOKS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendant's Motion to Suppress (Docket No. 40) is hereby **DENIED**.

It is so **ORDERED**.

Enter this 4th day of February 2014.

_____
ALETA A. TRAUGER
United States District Judge

1