**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Motion GRANTED.

| | | |
|---|---|---|
| **UNTED STATES OFAMERICA** | ] | |
| | ] | |
| | ] | |
| **v.** | ] | **No.  3:13-CR-00017** |
| | ] | **Judge TRAUGER** |
| | ] | |
| **CHARLES E. BROOKS** | ] | |

<u>**MOTION TO CONTINUE TRIAL**</u>

Comes now the defendant, Charles Brooks, through counsel and respectfully moves the Court to continue the trial in this case which is set for February 11, 2014.  Counsel submits that on that date he will be in an Aggravated Child Neglect jury trial in Davidson County. Furthermore, the parties require additional time to finalize a possible plea agreement in this case. The defendant, who is detained, will be executing a waiver of his speedy trial rights, which will be filed promptly.  Counsel for the defendant has discussed this continuance with the attorney for the government and the government is unopposed to this motion. Defendant asserts that a consideration of the issues stated herein demonstrates that granting the defendant's request for a continuance would serve the interests of justice.

Respectfully submitted,

_s/ Kelly D. Young_____
KELLY D. YOUNG, 026681
1308 Rosa L. Parks Blvd.
Nashville TN 37208
(615) 254-0202