IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00017 |
| | ) | Judge Trauger |
| CHARLES E. BROOKS | ) | |

## O R D E R

It is hereby **ORDERED** that the change of plea hearing scheduled for May 21, 2014 at 2:00 p.m. is **RESET** for the same day at 1:00 p.m.

It is so **ORDERED**.

ENTER this 16th day of May 2014.

_____
ALETA A. TRAUGER
U.S. District Judge